NETTIE MECOMBER, APPELLANT, V. CITY OF NORTH PLATTE, APPELLEE.

MARY ROGERS, APPELLANT, V. CITY OF NORTH PLATTE, APPELLEE.

FILED DECEMBER 23, 1920. No. 21608.

APPEAL from the district court for Lincoln county: HANSON M. GRIMES, JUDGE. *Affirmed.*

*George N. Gibbs* and *W. E. Shuman,* for appellants.

*Beeler, Crosby & Baskins, contra.*

FLANSBURG, J.

Claim for recovery is made in these cases based upon the workmen's compensation law. The cases were considered together and the question presented is whether or not police officers of the city of North Platte are within the compensation act. The district court denied the right of recovery and dismissed the case. Plaintiffs appeal.

These cases are controlled by the decisions in *Ray v. School District of Lincoln, ante,* p. 456, and *Rooney v. City of Omaha, ante,* p. 447, just decided by this court, and for the reasons therein stated the judgments of the lower court in the cases here presented are

AFFIRMED.

ALDRICH, J., not sitting.